IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BROWN,<br>　　　　　Petitioner,<br><br>v.<br><br>JOHN WALKER, JUDGE WENDY PEW<br>AND THE COMMONWEALTH OF<br>PENNSYLVNIA DISTRICT ATTORNEY,<br>　　　　　Respondent. | CIVIL ACTION<br><br><br><br>NO.  19-5762 |

# O R D E R

**AND NOW**, this 18th day of August, 2020, upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells on May 18, 2020 (ECF No. 15), as well as Defendant's Objections thereto (ECF No. 18), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court shall **CLOSE** this matter statistically.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**